JOHN ANTONIO D'ELISSA, respondent,

*v.*

ROSA D'AMATO et al., appellants.

[Submitted March 27th, 1916.   Decided June 19th, 1916.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Griffin, whose opinion is reported in *85 N. J. Eq. 466.*

*Mr. Anthony Botti,* for the respondent.

*Mr. Frank Benjamin,* for the appellants.

PER CURIAM.

The decree order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Griffin.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—15.

*For reversal*—None.